```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA ex rel.*
Kevin Ryan
                                *
           Plaintiffs
                                *
      vs.                             CIVIL ACTION NO. MJG-11-1041
                                *
TRANS1, INC.
                                *
           Defendant
*     *     *     *     *     *     *     *     *
```

ORDER CLOSING CASE

In view of the settlement of this case:

1. The Order issued July 1, 2013 [Document 17] shall be unsealed.

2. The Clerk shall CLOSE THIS CASE.

SO ORDERED, on Monday, August 04, 2014.

```
                              _____/s/_____
                                Marvin J. Garbis
                            United States District Judge
```